No. 85–6135.   PERKINS *v.* ALESI ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 85–6136.   SPARKS *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 85–6137.   RIVERA *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 85–6139.   REEDER *v.* MORRIS, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY.   C. A. 6th Cir.   Certiorari denied.

No. 85–6140.   BORRMAN *v.* MAGGIO, WARDEN, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 85–6149.   OKOT *v.* HAMMERSLEY ET AL.   C. A. 9th Cir. Certiorari denied.

No. 85–6152.   BURGESS *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 85–6153.   CICALA *v.* BUTTERCREEK INVESTMENT CORP. Sup. Ct. Pa.   Certiorari denied.

No. 85–6154.   KELLY *v.* CITY OF WAUTOMA, WISCONSIN.   Ct. App. Wis.   Certiorari denied.

No. 85–6156.   DABON *v.* BLACKBURN, WARDEN, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 85–6159.   RASKE *v.* FALLON ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 85–6160.   SMOTHERMON *v.* MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 85–6163.   HAASE *v.* WISCONSIN.   Ct. App. Wis.   Certiorari denied.

No. 85–6165.   GRAF *v.* WISCONSIN.   Ct. App. Wis.   Certiorari denied.

No. 85–6169.   LLOYD *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 9th Cir.   Certiorari denied.